UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80151-CR-HURLEY/HOPKINS

21 USC § 844(a)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HARRY LOY ANDERSON, III,

Defendant.

_____/



FILED by _____ D.C.

AUG 2 6 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 9, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

### HARRY LOY ANDERSON, III,

did knowingly and intentionally possess a controlled substance.

The United States Attorney further charges that the controlled substance was in fact a mixture and substance containing a detectable amount of Psilocybin, a Schedule I controlled substance; In violation of Title 21, United States Code, Section 844(a).

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

HARRY LOY ANDERSON,III,
               Defendant.
_____/

CASE NO. 15-80151-CR-HURLEY (HOPKINS

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

|  | | | |
|---|---|---|---|
| Miami ____ | Key West ____ | | |
| FTL ____ | WPB X | FTP ____ | |

New Defendant(s)         YES ____     NO ____
Number of New Defendants     ____
Total number of counts       ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take    2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | X | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)     No
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)    Yes
If yes:    Magistrate Case No.    15-8460-JMH _____
Related Miscellaneous numbers:    n/a _____
Defendant(s) in federal custody as of    n/a _____
Defendant(s) in state custody as of    n/a _____
Rule 20 from the
District of    _____

Is this a potential death penalty case? (Yes or No) ____Yes     X No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ____ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ____ Yes   X No

                           _____
                           John C. McMillan, JR.
                           ASSISTANT UNITED STATES ATTORNEY
                           Admin. No. A5500228

*Penalty Sheet(s) attached                                      REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-80151 -CR-HURLEY / HOPKINS

### BOND RECOMMENDATION

DEFENDANT: HARRY LOY ANDERSON,III

Personal Surety of $250,000, Bond Conditions as previously set by court

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   John C. McMillan, Jr.

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   HSI Josh Woodbury

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  HARRY LOY ANDERSON, III

**Case No:** 15-80151-CR- HURLEY / HOPKINS

Count #: 1

21 USC§ 844(a)

Possession of a Controlled Substance

**\* Max.Penalty**: 0-1 Years' Imprisonment; $1,000 to $100,000 Fine; 0-1 Years' Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

1

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
Southern District of Florida

United States of America          )
v.                                )  Case No.
HARRY LOY ANDERSON,III            )  15-80151 -CR-HURLEY/HOPKINS
                                  )
_____     )
Defendant                         )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    08/26/2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. MAGISTRATE JUDGE DAVE LEE BRANNON
*Judge's printed name and title*